IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Leo McClam, | ) Civil Action No. 3:08-00021-TLW-JRM |
| Plaintiff, | ) |
| vs. | ) |
| Dr. NFN Wadman, Dr. NFN Caroles, Dr. NFN Scott | ) **REPORT AND RECOMMENDATION** |
| Defendants. | ) |

The plaintiff brought this action seeking relief pursuant to Title 42 United States Code, Section 1983.* On March 22, 2008, the plaintiff filed a pleading entitled "Motion To Drop Suit." Defendants have not opposed the motion. It is, therefore,

RECOMMENDED that this action be dismissed without prejudice.

Respectfully submitted,

s/Joseph R. McCrorey
United States Magistrate Judge

May 13, 2008
Columbia, South Carolina

**The parties' attention is directed to the important information on the attached notice.**

---

*This case, which the plaintiff has filed under 42 U.S.C. § 1983, was automatically referred to the undersigned United States Magistrate Judge for all pretrial proceedings pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B) and Local Rule 73.02 (B)(2)(d), DSC.

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Court Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. In the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005).

Specific written objections must be filed within ten (10) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The time calculation of this ten-day period excludes weekends and holidays and provides for an additional three (3) days for filing by mail. Fed. R. Civ. P. 6(a) & (e). Filing by mail pursuant to Fed. R. Civ. P. 5 may be accomplished by mailing objections to:

> Larry W. Propes, Clerk
> United States District Court
> 901 Richland Street
> Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985).