IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Leo McClam,                                    )
                                               )
                   Plaintiff,                  )
                                               )        Civil Action No.: 3:08-0021-TLW
vs.                                            )
                                               )
Dr. NFN Wadman, Dr. NFN Caroles, and           )
Dr. NFN Scott,                                 )
                                               )
                   Defendants.                 )
_____)

## ORDER

Plaintiff, Leo McClam, ("plaintiff") brought this action seeking relief pursuant to Title 42 United States Code Section 1983 against the defendants Dr. NFN Wadman, Dr. NFN Caroles and Dr. NFN Scott. (Doc. #1). However, the plaintiff then filed a motion to "drop the suit." (Doc. #22) This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Joseph R. McCrorey, to whom this case had previously been assigned. (Doc. #24). In the Report, Magistrate Judge McCrorey recommends that the District Court summarily dismiss the case without prejudice. (Doc. #24). Objections to the Report were due June 2, 2008. The defendants filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v.

1

Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #24) and the case is dismissed without prejudice.

**IT IS SO ORDERED**.

    S/Terry L. Wooten
Terry L. Wooten
United States District Judge

September 10, 2008
Florence, South Carolina

2